NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Spencer S. Jones,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. Bancorp,<br><br>            Defendant. | No. CV-16-00236-PHX-JJT<br><br>**ORDER** |

Upon review of the Parties' Stipulation to Dismissal With Prejudice (Doc. 17), and good cause appearing,

IT IS HEREBY ORDERED dismissing this action with prejudice, all parties shall bear their own attorney fees and costs incurred in this action.

Dated this 30th day of June, 2016.

_____
Honorable John J. Tuchi
United States District Judge